IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 19-cv-01566-RBJ

EXTERIOR EXPERTS, INC.,

    Plaintiff,

v.

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING SUMMARY JUDGMENT

    This case seeks damages related to defendant's work on the home of Elda Munoz that was damaged in a hail storm on May 8, 2017.  The lawyers who filed the case have long since withdrawn, indicating that they could not reveal the reasons for withdrawal pursuant to the Rules of Professional Conduct.

    On February 11, 2020 the Court issued an order to show cause why the case should not be dismissed without prejudice for failure to prosecute, including failure to comply with a court order.   Plaintiff did not respond to the Court's order to show cause.  The defendant then filed a motion for a summary judgment of dismissal with prejudice with a request for sanctions.  ECF No. 33.   Plaintiff did not respond.  In support of its motion the defendant provided a copy of a recent order by Judge Blackburn adopting a recommendation of a magistrate judge and dismissing a similar case of the plaintiff's with prejudice and sanctions.  ECF No. 33-11

1

(Exterior Exports, Inc. v. Allstate Fire and Casualty, 19cv1563).  The recommendation of the magistrate judge, ECF No. 44 in that case, highlights the misconduct of the plaintiff and is equally applicable to plaintiff's conduct in this case.  However, although the magistrate judge's recommendation was issued on March 31, 2020, and Judge Blackburn's adoption of the recommendation was issued on April 20, 2020, plaintiff has filed nothing further in that case and has ignored defendant's motion in the present case.  The relief requested and ordered in that case is equally applicable to the present case.

I find that dismissal with prejudice and sanctions are equally appropriate in the present case.  Accordingly, defendant's motion for summary judgment, ECF No. 33, is GRANTED and reasonable attorney's fees are awarded to the defendant as a sanction.  This case is dismissed with prejudice and the Trial Preparation Conference set August 7, 2020 and the Jury Trial set August 31, 2020 are vacated.  Defendant may file a bill of costs and documentation of the attorney's fees claimed and why they are reasonable in amount.

DATED this 6th day of July, 2020.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge